# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALFREDO RAMIREZ-MENDEZ | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 2:06mj 73-DRB |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June, 2003__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s), (Track Statutory Language of Offense)

did enter and was found in the United States after having been denied admission, removed, excluded, and deported, without first obtaining the express consent of the Attorney General to reapply for admission,

in violation of Title __8__ United States Code, Section(s) __1326(a)__. I further state that I am a(n) __ICE Special Agent, Department of Homeland Security__ and that this complaint is based on the following facts:
                                   Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 25, 2006                                    at   Montgomery, Alabama
Date                                                  City and State

DELORES R. BOYD, U. S. Magistrate Judge          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I, David E. Henderson, being duly first sworn, do hereby state and affirm that:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama. I have been employed as a federal agent for approximately six years. One of my principal assignments has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality along with other violations of federal law.

On July 24, 2005, U.S. Immigration and Customs Enforcement agents took custody of Alfredo RAMIREZ-Mendez at the Alabama Department of Corrections facility in Clayton, Alabama. ICE agents had previously been contacted by the Alabama Department of Corrections and notified that RAMIREZ was completing his sentence for a prior conviction of Marijuana Trafficking. ICE agents were further notified that RAMIREZ was a native and citizen of Mexico and that an immigration detainer had been filed by ICE Special Agent C. Hicks. ICE agents then transported RAMIREZ to Montgomery, Alabama for removal proceedings.

On the same date, ICE Special Agent (S/A) E. Montiel and I interviewed RAMIREZ concerning his immigration status at the Montgomery, Alabama ICE office. S/A Montiel advised RAMIREZ of his constitutional rights, as per Miranda in the Spanish language. RAMIREZ acknowledged that he understood his rights and proceeded to make a voluntary statement. Upon questioning, he freely admitted to being a native and citizen of Mexico, who last entered the United States illegally on or about June 2003 at the Laredo, Texas Port of Entry. RAMIREZ acknowledged that he had been previously removed from the United States. RAMIREZ further stated that he was aware that his actions related to reentering the United States were illegal. Additional Immigration checks reveal that he was last removed from the United States to Mexico on August 15, 2002 at Laredo, Texas. A review of the official file indicates that RAMIREZ failed to obtain permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security to reenter the United States legally.

Alfredo RAMIREZ-Mendez is in violation of, but not limited to, Title 8 U.S.C. 1326(a), reentry of deported alien without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security. The penalty, upon conviction, for this offense shall be a fine under Title 18, or imprisoned not more than 2 years, or both.


_____
David E. Henderson, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement



Sworn to and subscribed before me this 25th day of July, 2006.
_____
United States Magistrate Judge