# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALFREDO RAMIREZ-MENDEZ | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06mj 73-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Alfredo Ramirez-Mendez_____
<span style="margin-left:20em">Name</span>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

Re-entry of a Deported Alien

in violation of Title __8__ United States Code, Section(s) __1326(a)__

| | |
|---|---|
| DELORES R. BOYD<br>Name of Issuing Officer<br><br>/s/ signature<br>Signature of Issuing Officer<br><br>(By) Deputy Clerk | __UNITED STATES MAGISTRATE JUDGE__<br>Title of Issuing Officer<br><br>__July 25, 2006   Montgomery, Alabama__<br>Date and Location |

Bail fixed at $ _____ by_____
<span style="margin-left:20em">Name of Judicial Officer</span>

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 5/81) Warrant for Arrest