COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☒ INITIAL APPEARANCE    DATE: 7-27-2006
☐ BOND HEARING
☐ DETENTION HEARING    Digital Recording 10:33 to 10:46 am
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING [RULE 5]
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: Long
CASE NO. 2:06mj73-DRB    DEFT. NAME: Alfredo RAMIREZ-MENDEZ
AUSA: ~~Morris~~ Cooke    DEFT. ATTY: Mike Petersen

Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (CDO) [circled]

PTSO: Thweatt
USPO:

Defendant ✓ does ___ does NOT need an interpreter
Interpreter present ___ NO ✓ YES    Name: Beverly Childress

___ Date of Arrest 7-24-06 or ☐ Arrest Rule 5
✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
✓ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
✓ Requests appointed Counsel
✓ Financial Affidavit executed ☐ to be obtained by PTSO
✓ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained ___
☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for ___ at ___
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ ___. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✓ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
✓ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for ___
    DISCOVERY DISCLOSURE DATE: ___
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for ___
☐ Waiver of Speedy Trial Act Rights executed