IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 06MJ73DRB |
| | ) | |
| ALFREDO RAMIREZ-MENDEZ | ) | |

## **ORDER**

At his initial appearance on July 27, 2006, after consultation with appointed counsel, the Defendant, Alfredo Ramirez-Mendez, waived his right to a preliminary hearing on the criminal complaint filed in this case. Accordingly, based on the criminal complaint, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed it as alleged. Accordingly, it is

**ORDERED** that the defendant be held to answer the charges against him in this court, and he is now remanded to the custody of the United States Marshal pending further proceedings.

Done this 27th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE